SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Sothy An, et al,<br><br>         Defendants | Case No. **2:11-cv-02857-WBS-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT JOSEPH K. BURGESS**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendant, Joseph K. Burgess, is hereby dismissed Without Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

Date:        January 20, 2012

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02857-WBS-DAD- 1