SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02857-WBS-DAD** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | ) |
| Sothy An, et al, | ) |
| Defendants | ) |

IT IS HEREBY ORDERED THAT the status conference shall be continued to **June 25, 2012 at 2:00 p.m.** A Joint Status Report shall be filed no later than **June 11, 2012**.

Date:   March 1, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE