Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02857-WBS-DAD** |
| Plaintiff; | **ORDER RE: REQUEST FOR DISMISSAL** |
| v. | **Dismissal of Defendant Patricia Demorales With Prejudice** |
| Sothy An, et al, | |
| Defendants. | Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendant, Patricia Demorales, is hereby dismissed from the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). This case is to remain open with remaining Defendants.

Date: April 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-2857-WBS-DAD- 1