SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　Plaintiff;<br><br>　vs.<br><br>Sothy An, et al,<br><br>　　　Defendant | Case No. **2:11-cv-02857-WBS-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

　　　IT IS SO ORDERED that the above-entitled action is hereby dismissed WITHOUT prejudice pursuant Fed. R. Civ. P. Rule 41(a)(1).

Date: August 21, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-2857-WBS-DAD- 1